UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL TEXTILE PRINT INC., a corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 8:24-cv-01274-JVS-ADS<br><br>Assigned to:<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER ON STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS [20]**<br><br>**[F.R.C.P. 41(A)(1)(A)]**<br><br>*[Stipulation Re: Dismissal Concurrently Filed Herewith]*<br><br>Complaint Filed:  May 10, 2024<br>Removal Date:   June 12, 2024<br>Trial Date:  Vacated |

WHEREAS Plaintiff Royal Textile Print, Inc. ("Plaintiff") and Defendant The Hartford Steam Boiler Inspection and Insurance Company ("HSB") have stipulated that this entire lawsuit shall be dismissed with prejudice, and finding good cause therefor,

## **ORDER**

**IT IS HEREBY ORDERED** that:

1. This entire action is dismissed with prejudice; and

2.. Plaintiff and HSB each shall bear their own attorneys' fees and costs with respect to this action.

DATED: May 09, 2025

_____
Honorable James V. Selna
United States District Court Judge